# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2021-00483 |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Nadine Anderson | 6783870922 | 1989 |

**Street Address**: 11535 Summer Trce, Hampton, Ga 30228
**City, State and ZIP Code**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Adecco USA, Inc | 15+ | 9042324520 |

**Street Address**: 10151 Deerwood Park Blvd Bldg 200, Ste 400, Jacksonville, FL 32256

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Amazon | 15+ | 2064653997 |

**Street Address**: 2201 Westlake ave, Seattle, Washington 98121

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
- ☒ RACE
- ☐ COLOR
- ☐ SEX
- ☐ RELIGION
- ☐ NATIONAL ORIGIN
- ☒ RETALIATION
- ☐ AGE
- ☐ DISABILITY
- ☐ GENETIC INFORMATION
- ☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-2020   Latest:
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began working for the above mentioned employer on June 1, 2020. During the course of my employment I have been managed by a Caucasian woman named Virginia Callanan. Virginia manages approximately 20 people. I am African American and Virginia treats me in a less favorable way than my non African American co-workers. For example, Virginia stereotypes me and calls me lazy even though I'm one of the most productive employees and Ive been repeatedly identified by my colleagues as one of the best trainers. Virginia has also made threats to terminate me. I have made complaints to both Amazon and Adecco about race discrimination but to date no action has been taken.

I believe that I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

**EEOC ATDO RECEIVED 10-19-2020**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10/19/2020
Charging Party Signature: NA (DocuSigned)

**NOTARY** – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)